Case 2:26-cv-00485-TLF    Document 32    Filed 05/13/26    Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOHAMMAD HASAN HUSSAINI,

                    Petitioner,

     v.

LAURA HERMOSILLO, et al.,,

                   Respondents.

Case No. 2:26-cv-00485-TLF

ORDER

On April 8, 2026, the Court granted petitioners' habeas petition in part, directing a post-deprivation hearing be held. Dkts. 25-26. The Order directed, among other matters, that at this hearing the government had "the burden of proving by clear and convincing evidence that petitioner is a flight risk or a danger to the community . . ." Dkt. 25 at 11.

The parties then filed a Joint Status Report which states "[p]etitioner appeared for a bond hearing" at which "the immigration judge [('IJ')] determined that Petitioner presents a flight risk and denied his request for a change in custody status." Dkt. 27.

Petitioner now files a document entitled "Petitioner's Motion to Enforce Order Granting in Part Petition for Writ of Habeas Corpus." Dkt. 28. Petitioner challenges the IJ's flight risk determination. Dkt. 28. For example, petitioner alleges the government "submitted nothing until the IJ asked for the arrest report, despite bearing the burden of proof." Dkt. 28 at 2. Stated otherwise, he argues "[c]oncluding that [he] was a flight risk by clear and convincing evidence on this record was an abuse of discretion." Dkt. 28 at 2.

ORDER - 1

The Clerk of Court has opened a new cause under case number: **2:26-cv-1618-TLF**. The Court will issue a scheduling order in this new case and petitioner may choose to rely on the existing Motion to Enforce, interpreted by the Court as a new habeas corpus petition (filed in this case as Dkt. 28, but in the newly opened case it is the new petition) or, in the alternative, to file an amended petition presenting habeas corpus challenges to his custody. The above captioned matter remains closed.

Dated this 13th day of May, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER - 2